IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. BATOR, et al., | No. 2:16-CV-2073-GEB-CMK |
|     Plaintiffs, | |
|  vs. | ORDER |
| SISKIYOU COUNTY, et al., | |
|     Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action. Pending before the court is plaintiff Ellen Bator's request for leave to proceed in forma pauperis (Doc. 2). While plaintiff Ellen Bator has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that she is unable to prepay fees and costs or give security therefor, the remaining plaintiffs – Anthony J. Bator and Irene Bator – have not. The court will defer ruling on plaintiff Ellen Bator's request for in forma pauperis status until such time as the remaining plaintiff file their own separate applications. Only when all three plaintiffs have made the required showing will in forma pauperis status be granted. Plaintiffs are cautioned that failure to comply with this order may result in dismissal of the action. See Local Rule 110.

///

Accordingly, IT IS HEREBY ORDERED that, within 30 days of the date of this order, plaintiffs shall either pay the filing fees for this action or plaintiffs Anthony J. Bator and Irene Bator shall submit their own separate applications for leave to proceed in forma pauperis.

DATED: September 15, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE