**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli, SBN: 131192
815 S Street, Second Floor
Sacramento, CA 95811
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendants Siskiyou County,
Siskiyou County Health and Human Services,
Judy Carter, individually and in her capacity as a
Siskiyou County Health and Human Services employee,
Suzanne Hogue, individually and in her capacity as a
Siskiyou County Health and Human Services employee,
Alix Byrd, individually

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. BATOR, IRENE BATOR and ELLEN BATOR<br><br>          Plaintiffs,<br><br>     vs.<br><br>SISKIYOU COUNTY, SISKIYOU COUNTY HEALTH AND HUMAN SERVICES, JUDY CARTER, employee of Siskiyou County Health and Human Services, JUDY CARTER, individually, SUZANNE HOGUE, employee of Siskiyou County Health and Human Services, SUZANNE HOGUE, individually, VIRGINIA RHEA, Probate Court Investigator, VIRGINIA RHEA, individually, JOANN BICEGO, individually, LAURA MASANAGA, individually, CHRISTINE WINTE, individually, COURTNEY WINTE, individually, ALIX BYRD, Analyst Siskiyou County Health and Human Services, ALIX BYRD, individually, JOHN LAWRENCE, individually, and DOES 1-30<br><br>          Defendants,<br>_____ / | Case No.:  2:16-cv-02073-GEB-CMK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed: August 30, 2016 |

   Plaintiffs and Defendants Siskiyou County, Siskiyou County Health and Human Services,

Judy Carter, individually and in her capacity as a Siskiyou County Health and Human Services

employee, Suzanne Hogue, individually and in her capacity as a Siskiyou County Health and

1  Human Services employee, Alix Byrd, individually, and John Lawrence, individually (hereinafter
2  collectively as "Defendants") HEREBY STIPULATE AND AGREE that said Defendants may
3  have approximately a 60-day extension of time (until January 28, 2017) to file responsive pleadings
4  to Plaintiffs' Complaint. Doing so will provide Defendants sufficient time to obtain information
5  necessary to file responsive pleadings to Plaintiffs' lengthy Complaint (575 pages). Further,
6  Plaintiffs have filed a substantially similar State Court action; the extension will provide sufficient
7  time to analyze and confirm whether it is procedurally appropriate to remove the state court action
8  to federal court, or remand the federal court action to state court. Defendants intend to pursue the
9  appropriate procedural vehicle and will do so within the appropriate statutory timeframe.

10        Defendants Judy Carter, individually and in her capacity as a Siskiyou County Health and
11  Human Services employee and Alix Byrd have not yet been served in this action. These Defendants
12  are making a special appearance so that, upon service of the summons and complaint, they will be
13  included in the extension of time to January 28, 2017 to respond to the pleading without having to
14  execute and file a separate, additional Stipulation and Proposed Order.

15        This is the first stipulation for an extension of time between the parties.

17
18  Dated:  November 21, 2016

19                                      By: __/S/ Ellen Bator _____
20                                            Plaintiff Ellen Bator (signed original
                                          maintained by attorney Domenic
21                                            Spinelli)

22  Dated:  November 21, 2016

24                                        By: __/S/ Irene Bator_____
25                                            Plaintiff Irene Bator (signed original
                                          maintained by attorney Domenic
26                                            Spinelli)

27
28

SPINELLI, DONALD & NOTT

JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Dated:  November 21, 2016

By: __/S/ Anthony J. Bator_____
Plaintiff Anthony J. Bator (signed original maintained by attorney Domenic Spinelli)

Dated:  November 21, 2016                                        SPINELLI, DONALD & NOTT

By: __/S/ Domenic D. Spinelli
DOMENIC D. SPINELLI
Attorneys for Defendants Siskiyou County, Siskiyou County Health and Human Services, Judy Carter, individually and in her capacity as a Siskiyou County Health and Human Services employee, Suzanne Hogue, individually and in her capacity as a Siskiyou County Health and Human Services employee, Suzanne Hogue, individually, Alix Byrd, individually

Dated:  November 21, 2016

By: ___/S/ John Lawrence_____
Defendant John Lawrence (signed original maintained by attorney Domenic Spinelli)

## **ORDER**

Pursuant to the parties' stipulation and good cause showing:

1. The current November 30, 2016 deadline for Defendants Siskiyou County, Siskiyou County Health and Human Services, Judy Carter, individually and in her capacity as a Siskiyou County Health and Human Services employee, Suzanne Hogue, individually and in her capacity as a Siskiyou County Health and Human Services employee, Suzanne Hogue, individually, Alix Byrd, individually, and John Lawrence, individually to file their responsive pleadings is continued.

2. The above-referenced Defendants are ordered to file their responsive pleadings to the instant action and the removed state court action on or before January 28, 2017.

Dated: November 30, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE