# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. BATOR, et al., | No. 2:16-CV-2073-GEB-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| SISKIYOU COUNTY, et al., | |
| Defendants. | |
| _____ / | |

Plaintiffs, who are proceeding pro se, bring this civil action. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for February 1, 2017, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matters are submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: January 31, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1