**LAW OFFICES OF JOHN W. LAWRENCE**
**John W. Lawrence (SBN)176307**
122 Third Street
P.O. Box 912
Yreka, CA 96097
(530) 842-6900
Fax (530)842-6761

**Attorney for Defendants John Lawrence, Christine Winte, and Courtney Winte**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BATOR, IRENE BATOR, AND ELLEN BATOR,

Plaintiffs,

vs.

SIKIYOU COUNTY, ET AL.

Defendants.

________________________________/

**Case No.** 2:16-cv-02073-GEB-CMK

DEFENDANTS JOIN IN SISKIYOU COUNTY'S MOTION TO REMAND TO STATE COURT OR DISMISS AS REDUNDANT; DECLARATION OF JOHN W. LAWRENCE

Attorney John W. Lawrence represents and appears on behalf of defendants John Lawrence, Christine Winte, and Courtney Winte (herein after collectively referred to as "Defendants"). Said defendants hereby join in the Motion to Remand to State Court of Dismiss as Redundant filed by the law firm of Spinelli, Donald & Nott on behalf of Siskiyou County, Siskiyou County Health and Human Services, Judy Carter, Suzanne Hogue, and Alix Byrd (herein after collectively referred to as "County").

Defendants have reviewed the Motion filed by County. Most of the issues raised in said Motion are, and would be, identical to those raised by Defendants. The one issue raised by County that does not apply to Defendants is related to the Tort Claim process that applies to governmental agencies. Rather than filing a separate lengthy Motion in this matter, Defendants believe simply joining in the County's is appropriate and efficient way to proceed.

For all the reasons set forth in the County's Motion, this Court should grant the Motion on behalf of the County and Defendants and either remand the matter to State court or dismiss as redundant.

DATED: February 14, 2017

/s/ John W. Lawrence
JOHN W. LAWRENCE
Attorney for John Lawrence, Christine Winte, and Courtney Winte

## DECLARATION OF JOHN W. LAWRENCE

I, John W. Lawrence, hereby declare that if called to testify would do so competently and truthfully as follows:

1. I am duly licensed to practice law in the State of California and the United States District Court, Eastern District of California. It is in that capacity that I represent myself, Christine Winte, and Courtney Winte.

2. The plaintiff's (herein after Bators) filed an complaint in the Superior Court of California, Siskiyou County, which is basically identical to that filed in Federal Court.

3. All the named defendants in the State Court proceedings, including the defendants herein, challenged the Bator's complaint by demurrer. At a hearing on Thursday February 9, 2017, the Court (Hon. Darren McElfresh) ruled in favor of all defendants, on every ground alleged, and granted the demurrer, dismissing the complaint without leave to amend.

4. As an officer of the court, I felt compelled to inform this Court of what transpired in State Court, especially since one request is to remand to State court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 14, 2017, Yreka, California.

/s/ John W. Lawrence

John W. Lawrence

**PROOF OF SERVICE**

Court: United States District Court, Eastern District of California
Case No. 2:16-cv-02073-GEB-CMK
Case Name: Bator v. Siskiyou County

I am a citizen of the United States, and maintain a legal practice in the County of Siskiyou, State of California. My business address is 122 Third Street, Yreka, California 96097. I am over the age of 18, and I am a party to the above action.

On February 14, 2017, I caused the within **Defendants Join in Siskiyou County's Motion to Remand to State Court or Dismiss as Redundant; Declaration of John W. Lawrence**; the original of which was produced on recycled paper, to be delivered via:

MAIL- placed in the United States Mail at Yreka, California in an envelope with postage thereon fully prepaid addressed as follows:

| | |
|---|---|
| Plaintiff In Pro Per | Anthony J. Bator<br>C/O Siskiyou County Jail<br>315 S. Oregon St.<br>Yreka, CA 96097 |
| Plaintiffs In Pro Per | Ellen Bator<br>Irene Bator<br>P.O. Box 1661<br>Yreka, CA 96097<br>ellenofyreka@gmail.com |

BY ELECTRONIC SERVICE – I caused such document to be electronically served by filing said document electronically in accordance with rules of electronically filed documents. See Fed.R.Civ.P. 5(b)(2)(D), as follows:

| | |
|---|---|
| Defendants Joann Bicego, Laura Masanaga, Virgina Rhea | Sharon M. Nagle<br>Bold, Polisner, Maddow, Nelson& Judson<br>500 Ygnacio Valley Road<br>Walnut Creek, CA 94596<br>Tel: 925-933-7777<br>Fax: 925-933-7804<br>Email: snagle@bpmnj.com |

///

///

///

Defendants Siskiyou County, Siskiyou County Health and Human Services, Judy Carter, Suzanne Hogue, Alix Byrd

Domenic D. Spinelli
Alison W. Winter
Spinelli, Donald & Nott
815 S. Street, Second Floor
Sacramento, CA 95811
Tel: 916-488-7888
Fax: 916-488-6888
Email: domenics@sdnlaw.com
Email: alisonw@sdnlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 14, 2017, Yreka, California.

/s/ John W. Lawrence
_______________________________
John W. Lawrence