IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. BATOR, et al., | No. 2:16-CV-2073-GEB-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| SISKIYOU COUNTY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action. The scheduling conference currently set for March 8, 2017, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar pending resolution of defendants' motions to dismiss.

IT IS SO ORDERED.

DATED: March 2, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1